```
         IN THE UNITED STATES DISTRICT COURT FOR THE
             SOUTHERN DISTRICT OF WEST VIRGINIA
                         CHARLESTON
```

UNITED STATES OF AMERICA

v.                              CRIMINAL NO. 2:10-00104

TERRY L. SHADD

## MOTION OF THE UNITED STATES TO CONTINUE SENTENCING

Comes now the United States of America, by Hunter P. Smith Jr., Assistant United States Attorney for the Southern District of West Virginia, and moves this Court to order that the sentencing of defendant now scheduled for October 26, 2010, be continued for a period of approximately 30 days.  The United States makes this motion in order to allow the parties more time to consider resolving possible objections to the presentence report.

The undersigned is authorized to represent to the Court that defendant does not oppose this motion.

                                          Respectfully submitted,

                                          R. BOOTH GOODWIN II
                                          United States Attorney

                             By:  s/Hunter P. Smith Jr.
                                 HUNTER P. SMITH JR.
                                 WV Bar No. 3467
                                 Assistant U.S. Attorney
                                 P.O. Box 1713
                                 Charleston, WV  25326
                                 Telephone: (304) 345-2200
                                 Fax: (304) 347-5104
                                 E-mail: hunter.smith@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "Motion of the United States to Continue Sentencing" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this the 1st day of October 2010, to:

>R. Brandon Johnson, Esquire
>Stroebel & Johnson PLLC
>P.O. Box 1668
>Lewisburg, WV   24901

>By: s/Hunter P. Smith Jr.
>HUNTER P. SMITH JR.
>WV Bar No. 3467
>Assistant U.S. Attorney
>P.O. Box 1713
>Charleston, WV   25326
>Telephone:  (304) 345-2200
>Fax:  (304) 347-5104
>E-mail:  hunter.smith@usdoj.gov